IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

CHARLENE THEILE,

                Plaintiff,

v.                                      CASE NUMBER:  2:06CV112

THE FANEUIL GROUP, INC. and
FANEUIL, INC.,

                Defendants.

## DEFENDANTS' PROPOSED STIPULATIONS

COMES NOW The Faneuil Group, Inc. and Faneuil, Inc. (collectively "Defendant") and files its Proposed Stipulations.

Despite multiple efforts by undersigned counsel to discuss Defendant's proposed stipulations with attorney DeVault, he has failed to respond to all communications. However, to comply with the Court's scheduling order in this case, Defendant hereby proposes its stipulations:

1. Plaintiff began her employment with Defendants on January 7, 1997.

2. Plaintiff was terminated from her employment with Defendants on December 3, 2004.

3. Plaintiff was rehired by Defendants on February 28, 2005.

4. Plaintiff was terminated from her employment with Defendants on July 15, 2005.

5. Plaintiff filed her Charge of Discrimination with the Florida Human Rights Commission on October 23, 2005.

Respectfully submitted,

CHAMBLISS, BAHNER & STOPHEL, P.C.

BY: s/ J. Bartlett Quinn
    J. Bartlett Quinn, BPR No. 012219
    Charles D. Lawson, BPR No. 018763
    *Attorneys for Defendant*
1000 Tallan Building, Two Union Square
Chattanooga, TN 37402
Tel: 423.756.3000
Fax: 423.265.9574
bquinn@cbslawfirm.com
clawson@cbslawfirm.com

## CERTIFICATE OF SERVICE

    I do hereby certify that the foregoing pleading has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile or hand delivery. Parties may access this filing through the Court's electronic filing system.

    This 7th day of November, 2008.

CHAMBLISS, BAHNER & STOPHEL, P.C.

BY: s/ J. Bartlett Quinn
    J. Bartlett Quinn
    Charles D. Lawson