# United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

CHARLENE THEILE											JUDGMENT IN A CIVIL CASE

V.

THE FANEUIL GROUP, INC., ET AL.							CASE NUMBER: 2:06-CV-112

[X]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff Charlene Theile recover of the defendant The Faneuil Group, Inc. and Faneuil, Inc. the sum of $162,000.00 with interest thereon at the rate of .46 per cent as provided by law, and her costs of action.

   July 13, 2009							Patricia L. McNutt, Clerk
Date

											By     s/Elaine Milligan
													Deputy Clerk