# IN THE FEDERAL DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| CHARLENE THEILE, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| .vs | ] | No. 2:06-CV-112 |
| | ] | |
| THE FANEUIL GROUP, INC. | ] | |
| and FANEUIL, INC., | ] | |
| | ] | |
| Defendants. | ] | |

## COMPROMISE OF ALL PENDING CLAIMS AND SATISFACTION OF JUDGMENT

The plaintiff announces that all her claims adjudicated by this District Court in its Judgment entered on July 13, 2009 [Doc. #145] that are the subject of the defendants' appeal to the United States Court of Appeal for the Sixth Circuit in Case No. 09-6136 and all of her pending claims related to the Judgment, including prevailing party attorney's fees, non-discretionary and discretionary costs, and interest have been compromised and settled by the parties. As a result of the universal compromise settlement, and as a result the defendants' payment of the agreed-upon settlement amounts to the plaintiff and her attorney, the judgment in this case has been satisfied in full.

1

Respectfully Submitted,

s/ C. R. DeVault, Jr.
CHARLTON R. DEVAULT, JR.
TN BPR #000428
102 Broad Street
Kingsport, Tennessee
(423) 246-3601
crdevault@charter.net

ATTORNEY FOR THE PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that on March 31, 2010, the foregoing Compromise of All Pending Claims and Satisfaction of Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/Charlton R. DeVault, Jr.